OLIVER CABANA, JR., Appellant, *v.* HOLSTEIN-FRIESIAN ASSOCIATION OF AMERICA et al., Respondents.

*Associations — registration of cattle — authority of directors of cattle breeders' association to cancel registry of cattle of one of its members.*

*Cabana* v. *Holstein-Friesian Assn. of America*, 196 App. Div. 842, affirmed.

(Argued May 2, 1922; decided May 12, 1922.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered May 16, 1921, modifying and affirming as modified a judgment entered upon a decision of the court on trial at Special Term adjudging that the board of

directors of the defendant association had authority to cancel the advanced registry certificates of the records of the plaintiff's cattle after a hearing conducted as provided in said judgment and it enjoined the defendant association, its officers and directors from canceling said certificates except after a hearing conducted as provided in said judgment. It also adjudged "that in this collateral proceeding the court will not determine the validity of the election of directors, the executive committee, or of the officers of the defendant association." The Appellate Division modified said judgment by striking therefrom a provision authorizing the taking of hearsay evidence upon said hearing.

*Henry W. Killeen, Daniel J. Kenefick* and *John A. Kelly* for appellant.

*O. U. Kellogg, L. L. Babcock* and *C. M. Horn* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, MCLAUGHLIN, CRANE and ANDREWS, JJ.